**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MOSTAFA ARAM AZADPOUR,                    No. C06-03272 MJJ

      Plaintiff,              **ORDER DENYING PLAINTIFF'S**
                                          **MOTION NO. 8 FOR LEAVE TO FILE**
  v.                                    **MOTION FOR SUMMARY JUDGMENT**

SUN MICROSYSTEMS, INC.,

      Defendant.
_____/

      Before the Court is Plaintiff Mostafa Aram Azadpour's ("Plaintiff") Motion For Leave filed on April 7, 2007.  Plaintiff seeks leave to file a Motion for Summary Judgment.

      For the following reasons, the Court **DENIES** Plaintiff's Motion for Leave.

      On August 15, 2006, the Court ordered Plaintiff to seek leave before filing any further motions in a related case.  The Order was in response to the voluminous number of motions and notices of motions filed by Plaintiff, many of which lacked grounding in applicable law and the adjudication of which resulted in the expenditure of considerable judicial resources.

//

//

//

//

//

United States District Court

For the Northern District of California

1        Plaintiff asks the Court for leave to file a Motion for Summary Judgment on All Counts or in

2  the alternative Partial Summary Judgment.  As Plaintiff has not provided any indication as to the

3  basis for his proposed motion, the Court **DENIES** Plaintiff's Motion for Leave to File a Motion for

4  Summary Judgment.

5

6

7  **IT IS SO ORDERED.**

8

9

10  Dated: June _ 21 , 2007

11  MARTIN J. JENKINS
    UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2