**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSTAFA ARAM AZADPOUR,<br><br>        Plaintiff,<br><br>   v.<br><br>SUN MICROSYSTEMS, INC.,<br><br>        Defendant._____/ | No. C06-03272 MJJ<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE** |

### INTRODUCTION

Before the Court is Plaintiff Mostafa Aram Azadpour's ("Plaintiff") Motion For Leave to Move for Default Judgment.[1] Defendants Sun Microsystems, Inc., Matrix Absence Management, Inc., Babu Turumella, and Norman Yeung ("Defendants") oppose Plaintiff's motion.[2] For the following reasons, the Court **DENIES** Plaintiff's Motion for Leave.

### FACTUAL BACKGROUND

On August 15, 2006, this Court ordered Plaintiff to seek leave before filing any further motions in a related case. (C05-4087, Doc. #199.) The Order was in response to the voluminous number of motions and notices of motions filed by Plaintiff, many of which lacked grounding in applicable law and the adjudication of which resulted in the expenditure of considerable judicial resources. On June 5, 2007, Plaintiff filed his instant motion, requesting leave to "1) Move for a

---

[1] Docket No. 223

[2] Docket No. 227

Default Judgment and 2) Seek an Equitable Relief."

## ANALYSIS

First, Plaintiff asks the Court for leave to seek a default judgment. The Clerk of the Court declined Plaintiff's entry of default in light of Defendants' pending motion to dismiss.[3] As there is no entry of default, the Court **DENIES** Plaintiff's request for leave to seek a default judgment.

Second, Plaintiff asks the court for equitable relief regarding tax information provided to the California or Federal governments by Defendant Sun Microsystems. The Court **DENIES** Plaintiff's request for equitable relief. Plaintiff's demand for relief is duplicative of the relief he seeks in hishis Second Amended Complaint. (Compl., ¶ 30) Because Plaintiff's demands are already pending before the Court, there is no need to address them in this motion.

## CONCLUSION

For the foregoing reasons, the Court **DENIES** Plaintiff's Motion for Leave to Move for a Default Judgment and Seek Equitable Relief.

**IT IS SO ORDERED.**

Dated: June 21, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

---

[3] Docket No. 231